# IN THE SUPREME COURT OF THE STATE OF NEVADA

DESERT LAND LOAN ACQUISITION, LLC, A NEVADA LIMITED LIABILITY COMPANY; DESERT LAND, LLC, A NEBADA LIMITED LIABILITY COMPANY; HOWARD BULLOCH, AN INDIVIDUAL; DAVID GAFFIN, AN INDIVIDUAL; THE HOWARD AND CRISTI BULLOCH FAMILY TRUST DATED 09/14/1995; THE HOWARD BULLOCH SEPARATE FAMILY TRUST DATED 03/28/2003; THE CRISTI BULLOCH SEPARATE PROPERTY TRUST DATED 03/28/2003; THE BULLOCH HERITAGE TRUST; THE GULF STREAM IRREVOCABLE TRUST DATED 06/30/2000; AND COMPASS INVESTMENTS, LLC, A NEVADA LIMITED LIABILITY COMPANY,

 Appellants/Cross-Respondents,

vs.

SHER DEVELOPMENT, LLC, A NEVADA LIMITED LIABILITY COMPANY; THE PAUL L. GARCELL AND PAMELA HERTZ REVOCABLE FAMILY TRUST, PAUL L. GARCELL AND PAMELA HERTZ, TRUSTEES; THE JOSEPH D. EYSTAD AND MARY ANN ARMINIO REVOCABLE TRUST DATED 09/03/03, MARY ANN ARMINIO AND JOSEPH D. EYSTAD, TRUSTEES; THE FRANK ARMINIO AND MARY ARMINIO REVOCABLE LIVING TRUST, MARY ARMINIO, TRUSTEE; ANGELO JOHN ARMINIO, AN INDIVIDUAL; PAULA M. ARMINIO, AN INDIVIDUAL; ANDREA DEANEAN GLENN, AN INDIVIDUAL; LINDA JEAN LUND, AN INDIVIDUAL; THE

No. 76934

FILED

APR 17 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
 DEPUTY CLERK

DONDERO SURVIVOR'S TRUST, ALAN G. DONDERO, TRUSTEE; TERRY L. BELL IRREVOCABLE TRUST, TERRY L. BELL, TRUSTEE; THE NEWBY 1984 TRUST, JILL M. COLQUITT AND DONALD E. NEWBY, TRUSTEES; JOANNA POLLARD LIVING TRUST, JOANNA POLLARD, TRUSTEE; VIVIAN A. WEBER LIVING TRUST, VIVIAN WEBER, TRUSTEE; THE JOE P. SCHWAN FAMILY TRUST, JOE SCHWAN, TRUSTEE; WALTER BROELAND AND CAROL BROELAND REVOCABLE TRUST, WALT BROELAND, TRUSTEE; MARK E. JONAH; VERONICA C. WOLF TRUST, VERONICA WOLF, TRUSTEE; BARON H. WINDHAM, JR., IRA; JAMES P. PEABODY; HELEN L. PEABODY; YARG, LLC; PATRICK AND CLARA CARMEN DERMODY FAMILY TRUST, PATRICK DERMODY, TRUSTEE; MACK CLAYTON; TRACY L. CLAYTON; TERRY WAGNER; CATHERINE WAGNER; JAMES C. CHACHAS TRUST, JAMES CHACHAS, TRUSTEE; GEORGE CHACHAS; BESSIE CHACHAS; WILLIAM MARSHALL; JANINE MARSHALL; LEWIS ROY SHER LIVING TRUST; GREGG S. LAWRENCE SUBTRUST OF CLIFFORD LAWRENCE AND CAROLYN LAWRENCE REVOCABLE FAMILY TRUST DTD 9/30/96 COUNTERCLAIM,

     Respondents/Cross-Appellants,
      and

BRADLEY ANDERSON; MARJORIE K. ANDERSON; THE PRINCE FAMILY TRUST DATED 10/06/1997; ELIZABETH S. ANDERSON; MICHAEL

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

2

ASHE; GREGORY ASHE; THE 1991 BARRON REVOCABLE FAMILY TRUST, DTD OCTOBER 2, 1991, CLIFFORD L. BARRON AND INEZ L. BARRON, TRUSTEES; JON G. BASSETT; THE JOSEPH AND HELEN BENOUALID TRUST DTD 9/30/96; JERRY ALAN BLANCKAERT JR. LIVING TRUST 2001 DTD 6/20/01; TAMARA A. BOHN; JONATHAN BOLTER; ZOE BROWN FAMILY TRUST DTD 9/28/89; KIMBERLY A. CASEY; JOHN M. CLAYTON; L.W. AND ELIZABETH T. CLAYTON REVOCABLE TRUST DTD 12/23/80; THE DONNA J. CLINE LIVING TRUST; DENISE O. CROTTS, CUSTODIAN FOR ANDREW C. CROTTS, NICHOLAS E. CROTTS AND ZACHARY T. CROTTS; DENISE O. CROTTS, CUSTODIAN FOR JACOB R. CROTTS; DENISE CROTTS, CUSTODIAN FOR FBO KALE CROTTS; DANIEL M & M 1991 LIVING TRUST; DAVIDSON 1992 TRUST; WILLIAM H. DELANEY; THE ELKINS FAMILY 1994 REVOCABLE LIVING TRUST DTD 03/22/94; THE ELLSWORTH 1981 FAMILY TRUST DTD 05/20/81; ERIC ALAN EVANS; FIRST CAPITAL TRUST LLC; LYNDA C. FLEMING, TRUSTEE OF THE LYNDA C. FLEMING REVOCABLE TRUST DATED 8/22/02; STEVE FRANKS; A. RENEE FRANKS; TIMOTHY B. GALLAGHER LIVING TRUST DTD 2/12/04; THE ARTHUR J. AND MARGARET L. GILBERT REVOCABLE FAMILY TRUST 1986 DTD 5/30/86; GLASER LIVING TRUST UT JANUARY 26, 1978; LISA R. GORLICK, CUSTODIAN FOR NICHOLAS GORLICK; GREENWOOD

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

3

FAMILY TRUST; HOWARD WILLIAM HAMILTON III LIVING TRUST DATED JUNE 1, 2005; GEORGE L. HARDIN TRUST DTD FEBRUARY 2, 1994; FIRST SAVINGS BANK CUSTODIAN FBO KENNETH W. HAROUFF IRA; AVECE M. HIGBEE SEPARATE PROPERTY TRUST DTD 10/17/01; GARY HOPKINS; DENISE HOPKINS; STEVE R. HOWELL; SALLY S. HYATT TRUST DTD 05/02/02; JOHN C. JEFFREY; TROY KELL; ROBBIE R. KELL; THE C.E. LANGFORD TRUST U/A DTD 10/25/97; PAUL LANTZ; RONALD R. LAUDIE; SHANNON D. LAUDIE; WADE LEAVITT AND CAROLYN LEAVITT FAMILY LIMITED PARTNERSHIP; LEE MAEN; JEANNIE L. MAGDEFRAU; LEON H. MARX; NYDA D. MARX; MCCONNELL CAPITAL, LLC; MCCOMAS FAMILY TRUST DTD 5/28/02; RICHARD GENE MCCORMICK; STEVEN M. MCKENNA AND MICHELLE K. MCKENNA, TRUSTEES OF THE MCKENNA FAMILY TRUST DATED DECEMBER 19, 2002; GLENN N. MILLER; NINA MILLER; KENNETH GRIFFYN MORGAN LIVING TRUST DTD 4/7/03; DANIEL C. MUHA; FIRST SAVINGS BANK CUSTODIAN FBO DEBORAH L. MUHA IRA; MICHAEL NESLER; PHYLLIS NESLER; NANCY G. O'NEIL; OKLAHOMA SUNRISE INVESTMENT LIMITED PARTNERSHIP; ROBERT L. OLDEN; THE MARIE PALU TRUST; RONALD S. PHELAN; LEONARD H. RAIZIN AND CAROL A. RAIZIN, TRUSTEES OF THE RAIZIN FAMILY TRUST DTD 8/4/77; ROBERT READER; DUANGCHAI THONGMEELARK;

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(0)-1947

4

FISERV ISS AND COMPANY FBO CLYDE ROGER REYNOLDS IRA; RICE CONSTRUCTION COMPANY PROFIT SHARING AND TRUST; THE ROGERS-BARNETT FAMILY TRUST DTD 11/28/03; MARK COLUSSY, TRUSTEE OF THE ROYAL LIVING TRUST DATED OCTOBER 30, 1996; RONALD W. RUTHE, SR.; IDA A. RUTHE; MARIA ELENA SALAZAR; RAYMOND SALAZAR; LEWIS R. SHER; ROBERT M. SHERWOOD; CARLA SHERWOOD; LT. COL. MICHAEL P. SLATER; DARLENE L. SLATER; MANUEL G. CALHAU; ROSELIE J. CALHAU; SISSON ENTERPRISES INC.; DAVID A. SMITH; THE MARIAN SMITHSON TRUST DTD 04/25/96; BRUCE E. SNYDER; JULIE E. SNYDER; KEVIN SPEIRS; BRYAN STEIN; DAVID STOEBLING, ESQ.; GANESAN SUBBARAMAN; MARIA SUBBARAMAN; MEENAKSHI SUBBARAMAN; RUTH G. SWINNEY, TRUSTEE FOR THE SWINNEY-REIGER FAMILY TRUST DTD MAY 8, 2001; FION M. TANG; MYLINH TANG; TELL EXEMPTION TRUST DATED JUNE 8, 1999; MATTHEW T. TERRACIN; THERESA TORDJMAN; 1989 WALKER FAMILY TRUST; THE WOLF 1988 TRUST DTD 3/29/88; MAXINE ZELKIND TRUST DTD 1/24/97; ADAM ZELKIND 401K PROFIT SHARING PLAN; FLORENCE BOLATIN LIVING TRUST DTD 10/28/93; ROBERT M. PESICK, ESTATE OF; ROGER D. COX; PATRICIA E. COX; C. J. HANSEL; TOM E. HANSEN; AND STACIE L. HANSEN,

    Respondents.

Supreme Court
of
Nevada

CLERK'S ORDER

(O)-1947

DESERT LAND LOAN ACQUISITION, LLC, A NEVADA LIMITED LIABILITY COMPANY; DESERT LAND, LLC, A NEBADA LIMITED LIABILITY COMPANY; HOWARD BULLOCH, AN INDIVIDUAL; DAVID GAFFIN, AN INDIVIDUAL; THE HOWARD AND CRISTI BULLOCH FAMILY TRUST DATED 09/14/1995; THE HOWARD BULLOCH SEPARATE FAMILY TRUST DATED 03/28/2003; THE CRISTI BULLOCH SEPARATE PROPERTY TRUST DATED 03/28/2003; THE BULLOCH HERITAGE TRUST; THE GULF STREAM IRREVOCABLE TRUST DATED 06/30/2000; AND COMPASS INVESTMENTS, LLC, A NEVADA LIMITED LIABILITY COMPANY,
 Appellants,
vs.
SHER DEVELOPMENT, LLC, A NEVADA LIMITED LIABILITY COMPANY; THE PAUL L. GARCELL AND PAMELA HERTZ REVOCABLE FAMILY TRUST, PAUL L. GARCELL AND PAMELA HERTZ, TRUSTEES; THE JOSEPH D. EYSTAD AND MARY ANN ARMINIO REVOCABLE TRUST DATED 09/03/03, MARY ANN ARMINIO AND JOSEPH D. EYSTAD, TRUSTEES; THE FRANK ARMINIO AND MARY ARMINIO REVOCABLE LIVING TRUST, MARY ARMINIO, TRUSTEE; ANGELO JOHN ARMINIO, AN INDIVIDUAL; PAULA M. ARMINIO, AN INDIVIDUAL; ANDREA DEANEAN GLENN, AN INDIVIDUAL; LINDA JEAN LUND, AN INDIVIDUAL; THE DONDERO SURVIVOR'S TRUST, ALAN G. DONDERO, TRUSTEE; TERRY L. BELL IRREVOCABLE TRUST, TERRY

No. 77548

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

6

L. BELL, TRUSTEE; THE NEWBY 1984
TRUST, JILL M. COLQUITT AND
DONALD E. NEWBY, TRUSTEES;
JOANNA POLLARD LIVING TRUST,
JOANNA POLLARD, TRUSTEE;
VIVIAN A. WEBER LIVING TRUST,
VIVIAN WEBER, TRUSTEE; THE JOE
P. SCHWAN FAMILY TRUST, JOE
SCHWAN, TRUSTEE; WALTER
BROELAND AND CAROL BROELAND
REVOCABLE TRUST, WALT
BROELAND, TRUSTEE; MARK E.
JONAH; VERONICA C. WOLF TRUST,
VERONICA WOLF, TRUSTEE; BARON
H. WINDHAM, JR., IRA; JAMES P.
PEABODY; HELEN L. PEABODY;
YARG, LLC; PATRICK AND CLARA
CARMEN DERMODY FAMILY TRUST,
PATRICK DERMODY, TRUSTEE;
MACK CLAYTON; TRACY L.
CLAYTON; TERRY WAGNER;
CATHERINE WAGNER; JAMES C.
CHACHAS TRUST, JAMES CHACHAS,
TRUSTEE; GEORGE CHACHAS;
BESSIE CHACHAS; WILLIAM
MARSHALL; JANINE MARSHALL;
LEWIS ROY SHER LIVING TRUST;
GREGG S. LAWRENCE SUBTRUST OF
CLIFFORD LAWRENCE AND
CAROLYN LAWRENCE REVOCABLE
FAMILY TRUST DTD 9/30/96
COUNTERCLAIM; BRADLEY
ANDERSON; MARJORIE K.
ANDERSON; THE PRINCE FAMILY
TRUST DATED 10/06/1997;
ELIZABETH S. ANDERSON; MICHAEL
ASHE; GREGORY ASHE; THE 1991
BARRON REVOCABLE FAMILY
TRUST, DTD OCTOBER 2, 1991,
CLIFFORD L. BARRON AND INEZ L.
BARRON, TRUSTEES; JON G.

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

BASSETT; THE JOSEPH AND HELEN BENOUALID TRUST DTD 9/30/96; JERRY ALAN BLANCKAERT JR. LIVING TRUST 2001 DTD 6/20/01; TAMARA A. BOHN; JONATHAN BOLTER; ZOE BROWN FAMILY TRUST DTD 9/28/89; KIMBERLY A. CASEY; JOHN M. CLAYTON; L.W. AND ELIZABETH T. CLAYTON REVOCABLE TRUST DTD 12/23/80; THE DONNA J. CLINE LIVING TRUST; DENISE O. CROTTS, CUSTODIAN FOR ANDREW C. CROTTS, NICHOLAS E. CROTTS AND ZACHARY T. CROTTS; DENISE O. CROTTS, CUSTODIAN FOR JACOB R. CROTTS; DENISE CROTTS, CUSTODIAN FOR FBO KALE CROTTS; DANIEL M & M 1991 LIVING TRUST; DAVIDSON 1992 TRUST; WILLIAM H. DELANEY; THE ELKINS FAMILY 1994 REVOCABLE LIVING TRUST DTD 03/22/94; THE ELLSWORTH 1981 FAMILY TRUST DTD 05/20/81; ERIC ALAN EVANS; FIRST CAPITAL TRUST LLC; LYNDA C. FLEMING, TRUSTEE OF THE LYNDA C. FLEMING REVOCABLE TRUST DATED 8/22/02; STEVE FRANKS; A. RENEE FRANKS; TIMOTHY B. GALLAGHER LIVING TRUST DTD 2/12/04; THE ARTHUR J. AND MARGARET L. GILBERT REVOCABLE FAMILY TRUST 1986 DTD 5/30/86; GLASER LIVING TRUST UT JANUARY 26, 1978; LISA R. GORLICK, CUSTODIAN FOR NICHOLAS GORLICK; GREENWOOD FAMILY TRUST; HOWARD WILLIAM HAMILTON III LIVING TRUST DATED JUNE 1, 2005; GEORGE L. HARDIN TRUST DTD FEBRUARY 2, 1994; FIRST SAVINGS BANK CUSTODIAN

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

8

FBO KENNETH W. HAROUFF IRA; AVECE M. HIGBEE SEPARATE PROPERTY TRUST DTD 10/17/01; GARY HOPKINS; DENISE HOPKINS; STEVE R. HOWELL; SALLY S. HYATT TRUST DTD 05/02/02; JOHN C. JEFFREY; TROY KELL; ROBBIE R. KELL; THE C.E. LANGFORD TRUST U/A DTD 10/25/97; PAUL LANTZ; RONALD R. LAUDIE; SHANNON D. LAUDIE; WADE LEAVITT AND CAROLYN LEAVITT FAMILY LIMITED PARTNERSHIP; LEE MAEN; JEANNIE L. MAGDEFRAU; LEON H. MARX; NYDA D. MARX; MCCONNELL CAPITAL, LLC; MCCOMAS FAMILY TRUST DTD 5/28/02; RICHARD GENE MCCORMICK; STEVEN M. MCKENNA AND MICHELLE K. MCKENNA, TRUSTEES OF THE MCKENNA FAMILY TRUST DATED DECEMBER 19, 2002; GLENN N. MILLER; NINA MILLER; KENNETH GRIFFYN MORGAN LIVING TRUST DTD 4/7/03; DANIEL C. MUHA; FIRST SAVINGS BANK CUSTODIAN FBO DEBORAH L. MUHA IRA; MICHAEL NESLER; PHYLLIS NESLER; NANCY G. O'NEIL; OKLAHOMA SUNRISE INVESTMENT LIMITED PARTNERSHIP; ROBERT L. OLDEN; THE MARIE PALU TRUST; RONALD S. PHELAN; LEONARD H. RAIZIN AND CAROL A. RAIZIN, TRUSTEES OF THE RAIZIN FAMILY TRUST DTD 8/4/77; ROBERT READER; DUANGCHAI THONGMEELARK; FISERV ISS AND COMPANY FBO CLYDE ROGER REYNOLDS IRA; RICE CONSTRUCTION COMPANY PROFIT SHARING AND TRUST; THE ROGERS-BARNETT FAMILY TRUST DTD

Supreme Court
of
Nevada

CLERK'S ORDER

(O)-1947

9

11/28/03; MARK COLUSSY, TRUSTEE OF THE ROYAL LIVING TRUST DATED OCTOBER 30, 1996; RONALD W. RUTHE, SR.; IDA A. RUTHE; MARIA ELENA SALAZAR; RAYMOND SALAZAR; LEWIS R. SHER; ROBERT M. SHERWOOD; CARLA SHERWOOD; LT. COL. MICHAEL P. SLATER; DARLENE L. SLATER; MANUEL G. CALHAU; ROSELIE J. CALHAU; SISSON ENTERPRISES INC.; DAVID A. SMITH; THE MARIAN SMITHSON TRUST DTD 04/25/96; BRUCE E. SNYDER; JULIE E. SNYDER; KEVIN SPEIRS; BRYAN STEIN; DAVID STOEBLING, ESQ.; GANESAN SUBBARAMAN; MARIA SUBBARAMAN; MEENAKSHI SUBBARAMAN; RUTH G. SWINNEY, TRUSTEE FOR THE SWINNEY-REIGER FAMILY TRUST DTD MAY 8, 2001; FION M. TANG; MYLINH TANG; TELL EXEMPTION TRUST DATED JUNE 8, 1999; MATTHEW T. TERRACIN; THERESA TORDJMAN; 1989 WALKER FAMILY TRUST; THE WOLF 1988 TRUST DTD 3/29/88; MAXINE ZELKIND TRUST DTD 1/24/97; ADAM ZELKIND 401K PROFIT SHARING PLAN; FLORENCE BOLATIN LIVING TRUST DTD 10/28/93; ROBERT M. PESICK, ESTATE OF; ROGER D. COX; PATRICIA E. COX; C. J. HANSEL; TOM E. HANSEN; AND STACIE L. HANSEN,

Respondents.

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

## ORDER DISMISSING APPEALS

Pursuant to the stipulation of the parties, these appeals are dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Elizabeth Goff Gonzalez, District Judge
Hutchison & Steffen, LLC/Las Vegas
Bradley Anderson
Hejmanowski & McCrea LLC
David Stoebling
Dickinson Wright PLLC
Kevin Speirs
Marjorie K. Anderson
Ruth G. Swinney
Eighth District Court Clerk